UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:17-cr-23-6 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| JAMES LAWHORN | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 240) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the thirteen-count Superseding Indictment; (2) accept Defendant's guilty plea to Count One of the thirteen-count Superseding Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine in violation of Title 21 United States Code §§ 841(a)(1), 841(b)(1)(A) and 846; and (4) order that Defendant remain in custody until further order of this Court or sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 240) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the thirteen-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the thirteen-count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine in violation of Title 21 United States Code §§ 841(a)(1), 841(b)(1)(A) and 846;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **May 23, 2018, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**


/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**